# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2990

_____

Heart of America Grain Inspection   *
Service, Inc.; Thomas J. Clatanoff;   *
Jack L. Covey; Stephen E. Plummer;   *
Monty M. Uptegrove,   *
  *
     Appellants,   *
  *
   v.   *
  *
Missouri Department of Agriculture;   *
Stephen Bell; Tommy D. Hopkins,   *
  *
     Appellees.   *   Appeal from the United States
_____   *   District Court for the Western
  *   District of Missouri.
State of Missouri, ex rel John L.   *
Saunders, Director, Missouri   *   [UNPUBLISHED]
Department of Agriculture,   *
  *
     Appellee,   *
  *
   v.   *
  *
Heart of America Grain Inspection   *
Service, Inc.; Thomas J. Clatanoff;   *
Stephen E. Plummer; Jack L. Covey;   *
Monty M. Uptegrove,   *
  *
     Appellants.   *

_____

Submitted:  July 28, 1999
Filed: August 13, 1999

_____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Heart of America Grain Inspection Service, Inc.'s (HOA) appeal has been submitted on the briefs.  This court entered an order on January 8, 1998, denying HOA's request for attorneys' fees for "lack [of] authority to award fees in this matter."  Having filed a parallel application for fees with the district court, HOA now appeals the district court's ruling rejecting HOA's application on state law grounds.  Based on our de novo review of the state law questions, we reject HOA's contentions.  Because the parties' submissions show they are thoroughly familiar with the issues before the court, we conclude an extended discussion about the district court's application of the controlling state law would serve no useful precedential purpose.  We believe the district court is correct and thus affirm without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-